# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-3395
_____

MICHAEL G. MCFALL,

    Appellant,

    v.

AUTO OWNERS INSURANCE
COMPANY, a foreign for-profit
corporation,

    Appellee.

_____


On appeal from the Circuit Court for Alachua County.
Gloria R. Walker, Judge.


June 17, 2026

PER CURIAM.

    DISMISSED. *See Pensacola, Chrysler-Plymouth, Inc. v. Costa*, 195 So. 2d 250 (Fla. 1st DCA 1967).

ROBERTS, M.K. THOMAS, and LONG, JJ., concur.

_____

    ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kyle J. Bagen of Bagen Law Accident Injury Lawyers, Gainesville, for Appellant.

No appearance for Appellee.